**Order filed October 8, 2015**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-15-00717-CV**
_____

**ANTHONY SCROGGINS, Appellant**

**V.**

**STRESSFREE PROPERTIES SOLUTIONS, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1065034**

---

## O R D E R

The notice of appeal in this case was filed August 10, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 23.** *See* Tex. R. App. P. 5. If appellant fails

to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM